JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FADI SATAH,

     Petitioner,

v.

JAIME RIOS, et al.,

     Respondents.

Case No. 5:26-cv-01953-KES

**JUDGMENT**

Pursuant to the Court's Order Denying Petition, IT IS ADJUDGED that the Petition is denied.

DATED: <u>May 13, 2026</u>

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE